# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

BRIAN FELDMAN
                              Plaintiff

          v.

BOZZUTO CONSTRUCTION COMPANY, *et. al.*
                              Defendants

**CIVIL ACTION
NO.: 2:20-CV-04492-ER**

## STIPULATION OF DISMISSAL AS TO
## DEFENDANT BOZZUTO CONSTRUCTION COMPANY

Counsel for the below identified parties stipulate and agree to the following:

1.   Pursuant to Fed. R. Civ. P. 41(a)(2), the parties request that the Court enter an Order dismissing Plaintiff's claims against defendant Bozzuto Construction Company in the above captioned matter;

2.   The parties request dismissal of Plaintiff's claims against Bozzuto Construction Company be entered with prejudice;

3.      This dismissal does not affect any rights and/or defenses that the remaining parties may have as against each other;

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, IT IS ORDERED that on this 28th                    day of    May, 2021

Plaintiff Brian Feldman's claims against Bozzuto Construction Company in this matter are

DISMISSED with prejudice.


Respectfully submitted and agreed,

*David J. Langsam*
David J. Langsam, Esquire
Saltz, Mongeluzzi, & Bendesky, P.C.
1650 Market Street
One Liberty Place, 52nd Floor
Philadelphia, PA  19103
*Counsel for Plaintiff*


*Gregory M. Mallon*
Gregory M. Mallon, Esquire
Zarwin, Baum, Devito, Kaplan, Schaer
& Toddy, P.C.
2005 Market Street, 16th Floor
Philadelphia, PA 19103-3638
*Counsel for Defendant, Bozzuto Construction Company*


BY THE COURT:

*Eduardo C. Robreno*

Eduardo C. Robreno, J.