

DELAWARE COUNTY OFFICE
20 WEST THIRD STREET
P.O. BOX 1670
MEDIA, PA 19063
VOICE 610.627.9777
FAX 610.627.9787

ONE LIBERTY PLACE, 52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
VOICE 215.496.8282
FAX 215.496.0999

NEW JERSEY OFFICE
8000 SAGEMORE DRIVE
SUITE 8303
MARLTON, NJ 08053
VOICE 856.751.8383
FAX 856.751.0868

MONTGOMERY COUNTY OFFICE
120 GIBRALTAR RD
SUITE 218
HORSHAM, PA 19044
VOICE 215.496.8282
FAX 215.754.4443

DAVID J. LANGSAM
DIRECT DIAL 215.575.2958
DLANGSAM@SMBB.COM

November 4, 2021

Honorable Eduard C. Robreno
15614 U.S. Courthouse
Courtroom 15-A
601 Market Street
Philadelphia, PA 19106

   *Re:* *Brian Feldman v. SEPTA, et al.*
     <u>USDC for the Eastern District of Pennsylvania, No. 20-cv-4492</u>

Dear Judge Robreno:

 Per Your Honor's instructions at the October 29, 2021 Status Conference, here is the list of Defendants that Plaintiff has agreed to dismiss:

 Terex Corporation, Terex USA LLC d/b/a Terex Cranes and Modern Group LTD., Southeastern Pennsylvania Transportation Authority, LP National Railroad Passenger Corporation ("AMTRAK") Third-Party Defendant Allegheny Distribution & Delivery, Inc., Bozzuto Construction Company, and Modern Group LTD.

Plaintiff will continue to litigate this matter as to the following Defendants:

 Altino Concrete Construction, LLC i/d/a Altino Concrete Construction, LLC and Altino Concrete Construction LLC Vito Braccia Construction, LLC CP Acquisitions 25, LLC, CP Acquisitions 25 GP, LLC and CP Acquisitions 25, 10 Union Avenue Associates, LP

We thank Your Honor for your consideration.

           Respectfully yours,

           */s/ David J. Langsam*
           DAVID J. LANGSAM

DJL/had

Page 2
November 4, 2021

_____

cc: All Counsel of Record *(via e-filing)*