```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| BRIAN FELDMAN, | : | CIVIL ACTION |
| | : | NO. 20-4492 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| AMTRAK, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this **8th** day of **November, 2021,** it is hereby ordered that a Rule is **ISSUED** to show cause why all cross claims against the following defendants should not be dismissed: Terex Corporation, Terex USA LLC d/b/a Terex Cranes and Modern Group LTD, Southeastern Pennsylvania Transportation Authority, National Railroad Passenger Corporation, Allegheny Distribution & Delivery, Inc., Bozzuto Construction Company, and Modern Group LTD. The Rule to Show Cause shall by answered by **November 22, 2021,** or all cross claims against the above defendants shall be **DISMISSED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**