IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN FELDMAN,                        :    CIVIL ACTION
                                      :    NO. 20-4492
            Plaintiff,                :
        v.                            :
                                      :
AMTRAK, et al.,                       :
                                      :
            Defendants.               :

### ORDER

**AND NOW**, this **28th** day of **December, 2021**, upon

consideration of Plaintiff's unopposed Motion to Remand to State

Court (ECF No. 199), it is hereby **ORDERED** that the motion is

**GRANTED as unopposed.** Loc. R. Civ. P. 7.1(c). This matter is

hereby **REMANDED** to the Philadelphia County Court of Common

Pleas.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**